SCWC-13-0004947

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

PATRICIA NAKAMOTO, Petitioner/Plaintiff-Appellant,

vs.

JAMAE KAWAUCHI, in her individual and official capacity
as County Clerk, DOMINIC YAGONG, in his individual and official
capacity as Chairman, Hawai'i County Council, County of Hawai'i,
CORPORATE SPECIALIZED INTELLIGENCE AND INVESTIGATIONS LLC,
Respondents/Defendants-Appellees.
(CIVIL NO. 12-1-0466)

--------------------------------------------------------

SHYLA A. AYAU, Petitioner/Plaintiff-Appellant,

vs.

JAMAE KAWAUCHI, in her individual and official capacity
as County Clerk, DOMINIC YAGONG, in his individual and official
capacity as Chairman, Hawai'i County Council, County of Hawai'i,
CORPORATE SPECIALIZED INTELLIGENCE AND INVESTIGATIONS LLC,
Respondents/Defendants-Appellee.
(CIVIL NO. 12-1-0467)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0004947)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants Patricia Nakamoto and

Shyla M. Ayau's application for writ of certiorari filed on

July 3, 2017, is hereby accepted, and will be scheduled for oral

argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, August 9, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson